| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**STRAFFI & STRAFFI, LLC**<br>670 Commons Way<br>Toms River, NJ  08755<br>(732) 341-3800<br>(732) 341-3548 (fax)<br>dstraffi@comcast.net<br>Attorney for Debtor(s) | **Order Filed on July 17, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>    McGowan, Laura<br>                    Debtor(s). | Case No.: 16-33684<br><br>Adv. No.:<br><br>Hearing Date: July 26, 2017 @ 9:00 am<br><br>Judge: Kathryn C. Ferguson |

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

    The relief set forth on the following pages, numbered two (2) through   n/a   is

hereby **ORDERED**.

**DATED: July 17, 2017**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: McGowan, Laura
Case No: 16-33684/KCF

_____

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

**THIS MATTER** having come before the Court upon the motion of the Debtor Authorizing Loan Modification Agreement as hereinafter set forth, and for good cause shown; it is hereby

**ORDERED** as follows:

1. The debtor's application to enter into a Loan Modification is hereby approved.

2. That communications and/or negotiations between the Debtor and PennyMac regarding the Loan Modification shall not be deemed a violation of the automatic stay.

3. That the Order Approving Loan Modification Agreement shall be deemed effective as of the date Debtor filed their application.

4. That the Loan Modification shall not be deemed to impact on the Debtor's Plan and no Modified Plan is required.

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.