| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**STRAFFI & STRAFFI, LLC**<br>670 Commons Way<br>Toms River, NJ  08755<br>(732) 341-3800<br>(732) 341-3548 (fax)<br>dstraffi@comcast.net<br>Attorney for Debtor(s) | Order Filed on July 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    McGowan, Laura<br>                            Debtor(s). | Case No.: 16-33684<br><br>Adv. No.:<br><br>Hearing Date:  July 26, 2017 @ 9:00 am<br><br>Judge:  Kathryn C. Ferguson |

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through _____n/a___ is hereby **ORDERED**.

**DATED: July 17, 2017**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  McGowan, Laura
Case No: 16-33684/KCF

_____

### ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

**THIS MATTER** having come before the Court upon the motion of the Debtor Authorizing Loan Modification Agreement as hereinafter set forth, and for good cause shown; it is hereby

**ORDERED** as follows:

1. The debtor's application to enter into a Loan Modification is hereby approved.

2. That communications and/or negotiations between the Debtor and PennyMac regarding the Loan Modification shall not be deemed a violation of the automatic stay.

3. That the Order Approving Loan Modification Agreement shall be deemed effective as of the date Debtor filed their application.

4. That the Loan Modification shall not be deemed to impact on the Debtor's Plan and no Modified Plan is required.

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Laura McGowan  
      Debtor

Case No. 16-33684-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 17, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2017.  
db          +Laura McGowan,    100 Marilyn Drive,    Brick, NJ 08723-7940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2017 at the address(es) listed below:  
       Albert    Russo     docs@russotrustee.com  
       Daniel E. Straffi    on behalf of Debtor Laura   McGowan dstraffi1@comcast.net,  
        G25938@notify.cincompass.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       James Patrick Shay    on behalf of Creditor    PMT NPL FINANCING 2014-1  
        james.shay@phelanhallinan.com  
       James Patrick Shay    on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC as Servicer PMT NPL  
        FINANCING 2014-1 james.shay@phelanhallinan.com  
       Michael Frederick Dingerdissen    on behalf of Creditor     PMT NPL FINANCING 2014-1  
        nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC as Servicer PMT NPL  
        FINANCING 2014-1 nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Creditor     PMT NPL FINANCING 2014-1 nj.bkecf@fedphe.com  
       U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                TOTAL: 9