UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

**Order Filed on March 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

McGowan, Laura

Case No.:    16-33684

Chapter:    13

Judge:    KCF

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel E. Straffi, Jr._____, the applicant, is allowed a fee of $ _____1,000.00_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____1,000.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____450.00_____ per month for _____21_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-33684-KCF
Laura McGowan                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 15, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
db             +Laura McGowan,    100 Marilyn Drive,    Brick, NJ 08723-7940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Daniel E. Straffi    on behalf of Debtor Laura  McGowan bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor    PMT NPL FINANCING 2014-1
           james.shay@phelanhallinan.com
          James Patrick Shay    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC as Servicer PMT NPL
           FINANCING 2014-1 james.shay@phelanhallinan.com
          Michael Frederick Dingerdissen    on behalf of Creditor   PMT NPL FINANCING 2014-1
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC as Servicer PMT NPL
           FINANCING 2014-1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2014-1 nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9