| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Laura McGowan<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2445 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   12/13/16 |
| Case number: | 16–33684–KCF | Date case converted to chapter: | 7   5/4/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Laura McGowan | |
| 2. | **All other names used in the last 8 years** | aka Laura Angermeier | |
| 3. | **Address** | 100 Marilyn Drive<br>Brick, NJ 08723 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800 |
| 5. | **Bankruptcy trustee**<br>Name and address | Daniel E Straffi<br>Straffi & Straffi, LLC<br>670 Common Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 5/4/18 |
| 7. | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 8, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 8/7/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **2**

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                     Case No. 16-33684-KCF
Laura McGowan                                                              Chapter 7
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: May 04, 2018
                              Form ID: 309A                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db            +Laura McGowan,    100 Marilyn Drive,     Brick, NJ 08723-7940
516545862     +Arthritis And Osteporosis Associates,     4247 Route 9 North, Bldg. 1,    Freehold, NJ 07728-8307
516545863     +Bcr Oakridge, LLC,    149 Madison Avenue # 801,     New York, NY 10016-6761
516545864      Blackwell Recovery,    4150 N Drinkwater Blvd,     Scottsdale, AZ 85251-3611
516545869      Dpt Treasury,    3700 E West Hwy Apt High,     Hyattsville, MD 20782-2015
516545870      FEMA,    PO Box 9001,    Winchester, VA 22604-9001
516545871      FEMA,    PO Box 530217,    Atlanta, GA 30353-0217
516728744     +Federal Emergency Management Agency,     Att: Margaret Ramos,    500 C Street SW Ste 840,
                Washington, DC 20472-3198
516545873     +GE Money Bank,    2365 Northside Dr Ste 30,     San Diego, CA 92108-2709
516545874      Great Plains Lending, LLC,    c/o Midwest Recovery Systems,     2747 W Clay St Ste A,
                Saint Charles, MO 63301-2557
516545880      LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
516545878      Lab Corporation,    PO Box 2240,    Burlington, NC 27216-2240
516545879      Laurel Condominium Associates,     11149 Research Blvd # 100,    Austin, TX 78759-5227
516545882      Midwest Recovery Systems,    2747 W Clay St Ste A,     Saint Charles, MO 63301-2557
516545885     +NJ E-Z Pass Violation Processing,     PO Box 4971,    Trenton, NJ 08650-4971
516545884      New Jersey Turnpike Authority,     Administration Building 581 Main Street,,    PO Box 5042,
                Woodbridge, NJ 07095-5042
516545886    #+Patricia C. McCormack, MD, PC,    PO Box 1212 Nationwide Medical Billing,
                Clifton, NJ 07012-0712
516545887      Pay Day Loan,    Lyndon B. Johnson Freeway, Suite 700,     Dallas, TX 75234
516545888      Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
516545889     +Phelan, Hallinan & Diamond, PC,    400 Fellowship Road, Suite 100,     Mt. Laurel, NJ 08054-3437
517410914     +Planet Home Lending, LLC,    Attn: Customer Service,     321 Research Parkway, Suite 303,
                Meriden, CT 06450-8342
517410915     +Planet Home Lending, LLC,    Attn: Customer Service,     321 Research Parkway, Suite 303,
                Meriden, CT 06450,   Planet Home Lending, LLC 06450-8342,      Attn: Customer Service
516545883    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:   New Jersey Division Of Taxation,     PO Box 245,
                Trenton, NJ 08695-0245)
516545897      Toyota Motor Credit,    Address Not Available,     Atlanta, GA 30309
516624001     +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
516545900     +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
516545901     +Weichert Finance Ser/d,    1 Corporate Dr Ste 360,     Lake Zurich, IL 60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bkclient@straffilaw.com May 05 2018 00:12:08      Daniel E. Straffi,
                Straffi & Straffi, LLC,    670 Commons Way,    Toms River, NJ 08755
tr            +EDI: QDESTRAFFI.COM May 05 2018 03:53:00      Daniel E Straffi,    Straffi & Straffi, LLC,
                670 Common Way,    Toms River, NJ 08755-6431
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 05 2018 00:13:01      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2018 00:12:58      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,     Suite 2100,
                Newark, NJ 07102-5235
516545861      EDI: AIS.COM May 05 2018 03:53:00      American Infosource, Inc.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
516545865      EDI: CAPITALONE.COM May 05 2018 03:54:00      Capital One,    15000 Capital One Drive,
                Richmond, VA 23238
516545866      EDI: CIAC.COM May 05 2018 03:53:00      Citimortgage Inc,    PO Box 9438,
                Gaithersburg, MD 20898-9438
516545867      E-mail/Text: bankruptcy@consumerportfolio.com May 05 2018 00:13:15       Consumer Portfolio Svc,
                Po Box 57071,    Irvine, CA 92619-7071
516545868     +EDI: CCS.COM May 05 2018 03:53:00      Credit Coll,    Po Box 9134,   Needham, MA 02494-9134
516545872      E-mail/Text: margaret.ramos@fema.dhs.gov May 05 2018 00:13:37      FEMA,   500 C St SW Ste 840,
                Washington, DC 20472-3198
516545875      EDI: IRS.COM May 05 2018 03:54:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
516545877      E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org May 05 2018 00:13:47
                JS Behavaioral Health BHJ,    PO Box 416765,    Boston, MA 02241-6765
516545881     +EDI: MID8.COM May 05 2018 03:53:00      Midland Funding,    2365 Northside Dr Ste 30,
                San Diego, CA 92108-2709
516545890     +EDI: CCS.COM May 05 2018 03:53:00      Progressive Insurance Company,    Po Box 9134,
                Needham, MA 02494-9134
516545891     +EDI: RMCB.COM May 05 2018 03:53:00      RMCB Collection Agency,    4 Westchester Plaza, Suite 110,
                Elmsford, NY 10523-3835
516545892     +E-mail/Text: jennifer.chacon@spservicing.com May 05 2018 00:14:12       Select Portfolio Svcin,
                Po Box 65250,    Salt Lake City, UT 84165-0250
516545894     +EDI: RMSC.COM May 05 2018 03:54:00      Syncb/jcp,    4125 Windward Plaza,
                Alpharetta, GA 30005-8738
516545895     +E-mail/Text: tidewaterlegalebn@twcs.com May 05 2018 00:12:27       Tidewater Credit Servi,
                6520 Indian River Rd,    Virginia Beach, VA 23464-3439
```

```
District/off: 0312-3           User: admin              Page 2 of 2                    Date Rcvd: May 04, 2018
                               Form ID: 309A            Total Noticed: 48


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516545896      +EDI: WTRRNBANK.COM May 05 2018 03:54:00       Tnb - Target,    Po Box 673,
                 Minneapolis, MN 55440-0673
516545898      +EDI: VERIZONCOMB.COM May 05 2018 03:54:00       Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
516545899       EDI: AIS.COM May 05 2018 03:53:00      Verizon,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                                TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516803776         PMT NPL FINANCING 2014-1
516545893*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State Of New Jersey,    Department Of Treasury, Div. Of Taxation,
                   PO Box 245,    Trenton, NJ  08695-0245)
516697142*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                   PO Box 245,    Trenton, NJ 08695-0245)
516545876     ##+James Angermeier,    836 Mantoloking Road,    Brick, NJ 08723-5239
                                                                                      TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Daniel E Straffi     bktrustee@straffilaw.com,    dstraffi@ecf.epiqsystems.com
          Daniel E. Straffi    on behalf of Debtor Laura   McGowan bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Michael Frederick Dingerdissen    on behalf of Creditor    PMT NPL FINANCING 2014-1
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC as Servicer PMT NPL
           FINANCING 2014-1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2014-1 nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```