Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−33684−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Laura McGowan
  aka Laura Angermeier
  100 Marilyn Drive
  Brick, NJ 08723

Social Security No.:
  xxx−xx−2445

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 4, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 48
Order Converting Case to Chapter 7. Albert Russo removed from the case . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/4/2018. Missing schedules due within 14 days of the date of the order. (llb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 4, 2018
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Laura McGowan  
    Debtor

Case No. 16-33684-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 04, 2018  
                    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.  
db         +Laura McGowan,    100 Marilyn Drive,    Brick, NJ 08723-7940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:

        Albert    Russo    docs@russotrustee.com  
        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Daniel E. Straffi    on behalf of Debtor Laura    McGowan bktrustee@straffilaw.com, G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Michael Frederick Dingerdissen    on behalf of Creditor    PMT NPL FINANCING 2014-1 nj.bkecf@fedphe.com  
        Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC as Servicer PMT NPL FINANCING 2014-1 nj.bkecf@fedphe.com  
        Nicholas V. Rogers    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 nj.bkecf@fedphe.com  
        Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2014-1 nj.bkecf@fedphe.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 9