UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 16-33684 |
| --- | --- | --- |
| Laura McGowan | Judge: | Kathryn Ferguson |
| | Chapter: | 7 |

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 4, 2018

Kathryn C. Ferguson
Judge, U. S. Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
Laura McGowan  
      Debtor

Case No. 16-33684-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 04, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db         +Laura McGowan,    100 Marilyn Drive,    Brick, NJ 08723-7940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
         Albert     Russo    docs@russotrustee.com
         Albert     Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
         Daniel E. Straffi    on behalf of Debtor Laura    McGowan bktrustee@straffilaw.com,
         G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Michael Frederick Dingerdissen    on behalf of Creditor    PMT NPL FINANCING 2014-1
         nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC as Servicer PMT NPL
         FINANCING 2014-1 nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
         INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2014-1 nj.bkecf@fedphe.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 9