Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−33684−KCF
        Chapter: 7
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura McGowan
   aka Laura Angermeier
   100 Marilyn Drive
   Brick, NJ 08723

Social Security No.:
   xxx−xx−2445

Employer's Tax I.D. No.:

**NOTICE OF INCORRECT TRUSTEE ASSIGNMENT AND FIRST MEETING**

Please be advised that the Notice of Chapter 7 Bankruptcy Case filed on May 4, 2017 contained the incorrect trustee and first meeting of creditors. Please disregard. A new notice will be forthcoming.

Dated: May 7, 2018
JAN: mrg

                          Jeanne Naughton
                          Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 16-33684-KCF
Laura McGowan                                                       Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: May 07, 2018
                              Form ID: 200             Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db             +Laura McGowan,    100 Marilyn Drive,    Brick, NJ 08723-7940
aty            +James Patrick Shay,    Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,   One Penn Center,
                 Suite #1400,    Philadelphia, PA 19103-1814
aty            +Phelan Hallinan & Diamond, PC,    400 Fellowship Rd., Ste. 200,    Mt. Laurel, NJ 08054-3437
cr             +PMT NPL FINANCING 2014-1,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm              Penny Mac,    6101 Condor Drive,    Moorpark, CA 93021-2602
cr             +WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516545862      +Arthritis And Osteporosis Associates,    4247 Route 9 North, Bldg. 1,    Freehold, NJ 07728-8307
516545863      +Bcr Oakridge, LLC,    149 Madison Avenue # 801,    New York, NY 10016-6761
516545864       Blackwell Recovery,    4150 N Drinkwater Blvd,    Scottsdale, AZ 85251-3611
516545865     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Drive,    Richmond, VA 23238)
516545866       Citimortgage Inc,    PO Box 9438,    Gaithersburg, MD 20898-9438
516545869       Dpt Treasury,    3700 E West Hwy Apt High,    Hyattsville, MD 20782-2015
516545870       FEMA,   PO Box 9001,    Winchester, VA 22604-9001
516545871       FEMA,   PO Box 530217,    Atlanta, GA 30353-0217
516728744      +Federal Emergency Management Agency,    Att: Margaret Ramos,    500 C Street SW Ste 840,
                 Washington, DC 20472-3198
516545873      +GE Money Bank,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516545874       Great Plains Lending, LLC,    c/o Midwest Recovery Systems,    2747 W Clay St Ste A,
                 Saint Charles, MO 63301-2557
516545880       LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
516545878       Lab Corporation,    PO Box 2240,    Burlington, NC 27216-2240
516545879       Laurel Condominium Associates,    11149 Research Blvd # 100,    Austin, TX 78759-5227
516545882       Midwest Recovery Systems,    2747 W Clay St Ste A,    Saint Charles, MO 63301-2557
516545885      +NJ E-Z Pass Violation Processing,    PO Box 4971,    Trenton, NJ 08650-4971
516545884       New Jersey Turnpike Authority,    Administration Building 581 Main Street,,    PO Box 5042,
                 Woodbridge, NJ 07095-5042
516545886     #+Patricia C. McCormack, MD, PC,    PO Box 1212 Nationwide Medical Billing,
                 Clifton, NJ 07012-0712
516545887       Pay Day Loan,    Lyndon B. Johnson Freeway, Suite 700,    Dallas, TX 75234
516545888       Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
516545889      +Phelan, Hallinan & Diamond, PC,    400 Fellowship Road, Suite 100,    Mt. Laurel, NJ 08054-3437
517410914      +Planet Home Lending, LLC,    Attn: Customer Service,    321 Research Parkway, Suite 303,
                 Meriden, CT 06450-8342
517410915      +Planet Home Lending, LLC,    Attn: Customer Service,    321 Research Parkway, Suite 303,
                 Meriden, CT 06450,    Planet Home Lending, LLC 06450-8342,    Attn: Customer Service
516545883     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division Of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
516545896      +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
516545897       Toyota Motor Credit,    Address Not Available,    Atlanta, GA 30309
516624001      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516545900      +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
516545901      +Weichert Finance Ser/d,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:02     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:01     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516545861       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2018 23:51:22     American Infosource, Inc.,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516545867      +E-mail/Text: bankruptcy@consumerportfolio.com May 07 2018 23:47:12     Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
516545868      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 07 2018 23:47:58     Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
516545872       E-mail/Text: margaret.ramos@fema.dhs.gov May 07 2018 23:47:36     FEMA,    500 C St SW Ste 840,
                 Washington, DC 20472-3198
516545875       E-mail/Text: cio.bncmail@irs.gov May 07 2018 23:46:38     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516545877       E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org May 07 2018 23:47:46
                 JS Behavaioral Health BHJ,    PO Box 416765,    Boston, MA 02241-6765
516545881      +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2018 23:47:01     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516545890      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 07 2018 23:47:58
                 Progressive Insurance Company,    Po Box 9134,    Needham, MA 02494-9134
516545891      +E-mail/Text: bkrpt@retrievalmasters.com May 07 2018 23:47:00     RMCB Collection Agency,
                 4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-3835
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 07, 2018
                              Form ID: 200             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516545892        +E-mail/Text: jennifer.chacon@spservicing.com May 07 2018 23:48:09     Select Portfolio Svcin,
                  Po Box 65250,   Salt Lake City, UT 84165-0250
516545894        +E-mail/PDF: gecsedi@recoverycorp.com May 07 2018 23:39:53      Syncb/jcp,   4125 Windward Plaza,
                  Alpharetta, GA 30005-8738
516545895        +E-mail/Text: tidewaterlegalebn@twcs.com May 07 2018 23:46:36      Tidewater Credit Servi,
                  6520 Indian River Rd,   Virginia Beach, VA 23464-3439
516545898        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 07 2018 23:46:20
                  Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
516545899         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2018 23:51:22      Verizon,   PO Box 248838,
                  Oklahoma City, OK   73124-8838
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516803776         PMT NPL FINANCING 2014-1
516545893*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,   Department Of Treasury, Div. Of Taxation,
                  PO Box 245,   Trenton, NJ  08695-0245)
516697142*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                  PO Box 245,   Trenton, NJ  08695-0245)
516545876        ##+James Angermeier,   836 Mantoloking Road,   Brick, NJ 08723-5239
                                                                                       TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Daniel E Straffi     bktrustee@straffilaw.com,  dstraffi@ecf.epiqsystems.com
              Daniel E. Straffi    on behalf of Debtor Laura   McGowan bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor    PMT NPL FINANCING 2014-1
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC as Servicer PMT NPL
               FINANCING 2014-1 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2014-1 nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```