**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Laura McGowan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2445<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–33684–KCF | |

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Laura McGowan
aka Laura Angermeier

8/16/18                                                              **By the court:**   Kathryn C. Ferguson
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                     Case No. 16-33684-KCF
Laura McGowan                                                              Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Aug 16, 2018
                              Form ID: 318                 Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db             +Laura McGowan,   100 Marilyn Drive,   Brick, NJ 08723-7940
aty            +James Patrick Shay,   Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,   One Penn Center,
                 Suite #1400,   Philadelphia, PA 19103-1814
aty            +Phelan Hallinan & Diamond, PC,   400 Fellowship Rd., Ste. 200,    Mt. Laurel, NJ 08054-3437
cr             +PMT NPL FINANCING 2014-1,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm              Penny Mac,  6101 Condor Drive,   Moorpark, CA 93021-2602
cr             +WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516545861       American Infosource, Inc.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516545862      +Arthritis And Osteporosis Associates,   4247 Route 9 North, Bldg. 1,    Freehold, NJ 07728-8307
516545863      +Bcr Oakridge, LLC,   149 Madison Avenue # 801,   New York, NY 10016-6713
516545864       Blackwell Recovery,  4150 N Drinkwater Blvd,   Scottsdale, AZ 85251-3611
516545869       Dpt Treasury,   3700 E West Hwy Apt High,   Hyattsville, MD 20782-2015
516545870       FEMA,   PO Box 9001,   Winchester, VA 22604-9001
516545871       FEMA,   PO Box 530217,   Atlanta, GA 30353-0217
516728744      +Federal Emergency Management Agency,   Att: Margaret Ramos,   500 C Street SW Ste 840,
                 Washington, DC 20472-3198
516545873      +GE Money Bank,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
516545874       Great Plains Lending, LLC,   c/o Midwest Recovery Systems,   2747 W Clay St Ste A,
                 Saint Charles, MO 63301-2557
516545880       LCA Collections,   PO Box 2240,   Burlington, NC 27216-2240
516545878       Lab Corporation,   PO Box 2240,   Burlington, NC 27216-2240
516545879       Laurel Condominium Associates,   11149 Research Blvd # 100,    Austin, TX 78759-5227
516545882      #Midwest Recovery Systems,   2747 W Clay St Ste A,   Saint Charles, MO 63301-2557
516545885      +NJ E-Z Pass Violation Processing,   PO Box 4971,   Trenton, NJ 08650-4971
516545884       New Jersey Turnpike Authority,   Administration Building 581 Main Street,,    PO Box 5042,
                 Woodbridge, NJ 07095-5042
516545886     #+Patricia C. McCormack, MD, PC,   PO Box 1212 Nationwide Medical Billing,
                 Clifton, NJ 07012-0712
516545887       Pay Day Loan,   Lyndon B. Johnson Freeway, Suite 700,   Dallas, TX 75234
516545888       Pennymac Loan Services,   6101 Condor Dr,   Moorpark, CA 93021-2602
516545889      +Phelan, Hallinan & Diamond, PC,   400 Fellowship Road, Suite 100,   Mt. Laurel, NJ 08054-3437
517410914      +Planet Home Lending, LLC,   Attn: Customer Service,   321 Research Parkway, Suite 303,
                 Meriden, CT 06450-8342
517410915      +Planet Home Lending, LLC,   Attn: Customer Service,   321 Research Parkway, Suite 303,
                 Meriden, CT 06450,   Planet Home Lending, LLC 06450-8342,   Attn: Customer Service
516545883     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division Of Taxation,   PO Box 245,
                 Trenton, NJ 08695-0245)
516545897       Toyota Motor Credit,   Address Not Available,   Atlanta, GA 30309
516624001      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516545901      +Weichert Finance Ser/d,   1 Corporate Dr Ste 360,   Lake Zurich, IL 60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2018 22:21:39     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2018 22:21:39     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516545865       EDI: CAPITALONE.COM Aug 17 2018 02:19:00     Capital One,   15000 Capital One Drive,
                 Richmond, VA 23238
516545866       EDI: CIAC.COM Aug 17 2018 02:18:00     Citimortgage Inc,   PO Box 9438,
                 Gaithersburg, MD 20898-9438
516545867      +E-mail/Text: bankruptcy@consumerportfolio.com Aug 16 2018 22:21:42     Consumer Portfolio Svc,
                 Po Box 57071,   Irvine, CA 92619-7071
516545868      +EDI: CCS.COM Aug 17 2018 02:18:00     Credit Coll,   Po Box 9134,   Needham, MA 02494-9134
516545872       E-mail/Text: margaret.ramos@fema.dhs.gov Aug 16 2018 22:21:45     FEMA,   500 C St SW Ste 840,
                 Washington, DC 20472-3198
516545875       EDI: IRS.COM Aug 17 2018 02:19:00     Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
516545877       E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Aug 16 2018 22:21:46
                 JS Behavaioral Health BHJ,   PO Box 416765,   Boston, MA 02241-6765
516545881      +EDI: MID8.COM Aug 17 2018 02:19:00     Midland Funding,   2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
516545890      +EDI: CCS.COM Aug 17 2018 02:18:00     Progressive Insurance Company,   Po Box 9134,
                 Needham, MA 02494-9134
516545891      +EDI: RMCB.COM Aug 17 2018 02:18:00     RMCB Collection Agency,   4 Westchester Plaza, Suite 110,
                 Elmsford, NY 10523-3835
516545892      +E-mail/Text: jennifer.chacon@spservicing.com Aug 16 2018 22:21:48     Select Portfolio Svcin,
                 Po Box 65250,   Salt Lake City, UT 84165-0250
516545894      +EDI: RMSC.COM Aug 17 2018 02:19:00     Syncb/jcp,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 16, 2018
                              Form ID: 318             Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516545895      +E-mail/Text: tidewaterlegalebn@twcs.com Aug 16 2018 22:21:34     Tidewater Credit Servi,
                 6520 Indian River Rd,    Virginia Beach, VA 23464-3439
516545896      +EDI: WTRRNBANK.COM Aug 17 2018 02:19:00      Tnb - Target,    Po Box 673,
                 Minneapolis, MN 55440-0673
516545898      +EDI: VERIZONCOMB.COM Aug 17 2018 02:20:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
516545899       EDI: AIS.COM Aug 17 2018 02:18:00      Verizon,    PO Box 248838,    Oklahoma City, OK   73124-8838
516545900      +EDI: VERIZONCOMB.COM Aug 17 2018 02:20:00      Verizon Wireless,    Po Box 49,
                 Lakeland, FL 33802-0049
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516803776         PMT NPL FINANCING 2014-1
516545893*       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State Of New Jersey,     Department Of Treasury, Div. Of Taxation,
                   PO Box 245,    Trenton, NJ   08695-0245)
516697142*       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                   PO Box 245,    Trenton, NJ 08695-0245)
516545876      ##+James Angermeier,    836 Mantoloking Road,    Brick, NJ 08723-5239
                                                                                      TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Daniel E. Straffi    on behalf of Debtor Laura   McGowan bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
          Michael Frederick Dingerdissen    on behalf of Creditor    PMT NPL FINANCING 2014-1
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC as Servicer PMT NPL
           FINANCING 2014-1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2014-1 nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```